NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LSI CORPORATION and AGERE SYSTEMS INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

and

**TOWER SEMICONDUCTOR, LTD. and JAZZ SEMICONDUCTOR,**
*Intervenors*

and

**NANYA TECHNOLOGY CORPORATION, POWERCHIP TECHNOLOGY CORPORATION, and SPANSION, INC.,**
*Intervenors,*

and

**INTEGRATED DEVICE TECHNOLOGY, INC. and GRACE SEMICONDUCTOR MANUFACTURING CORPORATION,**
*Intervenors.*

---

2010-1352

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-648.

---

## ON MOTION

---

## O R D E R

Upon consideration of the motions for leave to intervene,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JUN 23 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan D. Link, Esq.
Clint A. Gerdine, Esq.
Michael J. Bettinger, Esq.
Gary A. Hecker, Esq.
Michael D. Esch, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2010

JAN HORBALY
CLERK